UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCOTT'S RELIABLE CONSTRUCTION, INC., et al., )<br>Defendants. )<br>) | No. 4:05-CV-461 CAS |

## MEMORANDUM AND ORDER

This closed matter is before the Court on the plaintiffs' Motion to Compel Discovery, which came before the Court at its Discovery Motion Docket held September 29, 2006. On January 10, 2006, the Court granted plaintiffs' motion for default judgment and entered judgment against defendants Dennis Scott and Scott's Reliable Construction, Inc. in the amount of $15,010.53. See Doc. 21. Plaintiffs seek an order compelling Dennis Scott to appear at a Rule 69 deposition, after he failed to appear at a previously scheduled deposition. On the record before the Court, the plaintiffs have demonstrated that the defendant, Dennis Scott, has failed to respond to the plaintiffs' discovery requests as required.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion to Compel Discovery is **GRANTED**. [Doc. 23]

**IT IS FURTHER ORDERED** that defendant Dennis Scott shall appear to have his deposition taken under oath on **October 13, 2006**, at **1:00 p.m.**, in the offices of plaintiffs' counsel, Hammond, Shinners, Turcotte, Larrew & Young, 7730 Carondelet Avenue, Suite 200, St. Louis,

Missouri 63105.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this order to defendant Scott at the following addresses:

    P.O. Box 1128
    Collinsville, IL 62234

and

    1898 Fountainbleau
    Worden, IL 62097

                                              **CHARLES A. SHAW**
                                              **UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of September, 2006.